UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JARED DUNN,

    Petitioner,

v.                                  Case No. 3:14cv528/LC/CJK

JULIE JONES,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 13, 2015. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's Report and Recommendation (doc. 18) is adopted and incorporated by reference in this order.

    2. The amended petition for writ of habeas corpus (doc. 17), challenging

petitioner's judgment of conviction and sentence in *State of Florida v. Jared Dunn* in the Circuit Court for Escambia County, Florida, Case No. 13-CF-973, is DISMISSED WITHOUT PREJUDICE as frivolous.

3.  The clerk is directed to close the file.

4.  A certificate of appealability is DENIED.

**DONE AND ORDERED** this 13th day of February, 2015.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**